UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON JAMES FARNSWORTH,

        Plaintiff,

Case No. 17-cv-10726
Hon. Matthew F. Leitman

v.

S. PURDY and M. FLOYD,

        Defendants.

_____/

## JUDGMENT

In accordance with the Court's Opinion and Order (1) Dismissing Plaintiff's Complaint (ECF #1), (2) Denying Plaintiff's Request to Compel the Law Library to Make Copies as Moot, and (3) Certifying that an Appeal Could Not Be Taken in Good Faith,

**IT IS ORDERED AND ADJUDGED** that the Complaint is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B).

                              DAVID J. WEAVER
                              CLERK OF COURT

                  By:    s/Holly A. Monda
                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 11, 2017
Detroit, Michigan