UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON JAMES
FARNSWORTH,

        Plaintiff,

v.

        Case No. 17-cv-10726
        Hon. Matthew F. Leitman

S. PURDY and M. FLOYD,

        Defendants.
_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF #9)

On May 18, 2017, Plaintiff Brandon Farnsworth filed a motion for the appointment of counsel in this prisoner civil-rights action. (*See* ECF #9.) However, this case is closed. On May 11, 2017, the Court dismissed Farnsworth's Complaint by written order and entered a judgment in favor of the Defendants. (*See* ECF ## 7, 8.) Accordingly, because Farnsworth's motion to appoint counsel is moot, the motion is **DENIED**.

    **IT IS SO ORDERED**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 31, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2017, by electronic means and/or ordinary mail.

                                                     s/Holly A. Monda
                                                     Case Manager
                                                     (313) 234-5113